UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br> v. <br><br> DOMINGO MONTES aka DOMINGO MONTES-MEDINA, <br><br> Defendant. | Case No. 2:95-CR-0274-RFB <br><br> **ORDER** |

The Court has before it two motions (ECF Nos. 159 and 161) from Defendant Domingo Montes to clarify with the Bureau of Prisons this Court's previous order as to the collection of money from the Defendant during his incarceration to satisfy the fine imposed as part of Montes' sentence.

The Court has reviewed the record in this case. Montes is correct that the Court specifically ordered on January 18, 2000 (Doc. No. 150) that Montes would not have to begin payments towards his fine until the commencement of his supervised release term.

Accordingly,

**IT IS THEREFORE ORDERED** that Defendant Domingo Montes shall not have to make any payments toward the fine imposed in his sentence until his supervised release term commences.

1

1     **IT IS FURTHER ORDERED** that the Bureau of Prisons shall **NOT** deduct any money from any accounts of Domingo Montes for the payment of his court-ordered fine unless it has been authorized to do so by this Court. Defendant Domingo Montes' motions (ECF No. 159) and (ECF No. 161) for Clarification and Disposition are GRANTED.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mail copy of this order to *Domingo Montes*, Register No. 30760-048, at FCI PHOENIX, FEDERAL CORRECTIONAL INSTITUTION, 37910 N 45TH AVE., PHOENIX, AZ 85086 and to the *Warden* at FCI PHOENIX, FEDERAL CORRECTIONAL INSTITUTION, 37900 N 45TH AVE., PHOENIX, AZ 85086.

DATED: March 21, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE